UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 10-29-ART-(3) |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| PATRICK BYRON, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on defendant Patrick Byron's three alleged violations of the terms of his supervised release. Byron stipulated to two of the charged violations, and the government moved to dismiss the third. R. 251 at 1. Pursuant to the Court's referral order, R. 247, Magistrate Judge Hanly Ingram filed a Report and Recommendation ("R&R") recommending that the Court sentence Byron to eight months incarceration, with two years of supervised release to follow. R. 252 at 7. Judge Ingram also recommended that the Court modify Byron's supervised release terms to include the condition that Byron, as soon as practicable following release, shall enroll in, and complete, a more intensive substance abuse treatment program, with the length and nature of such program left to the discretion of the USPO. *Id.* at 7. Neither the United States nor the defendant filed any objections to the R&R, and the time for filing any objections has expired. *See* Fed. R. Crim. P. 59(b)(2).

Accordingly, it is **ORDERED** that the R&R, R. 252, is **ADOPTED** as the opinion of the Court. The Court will issue a separate judgment.

This the 22nd day of April, 2016.

Signed By:
*Amul R. Thapar* AT
United States District Judge